KATHLEEN A. LEAVITT  
CHAPTER 13 BANKRUPTCY TRUSTEE  
201 Las Vegas Blvd South, Suite 200  
Las Vegas, NV  89101  
kal13mail@las13.com  
(702) 853-0700  

E-File: 08/11/2011

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

IN RE:

RICHARD K MANNIS  
CAROL S KOHN-MANNIS  

Debtor(s).

Chapter 13  
BKS-09-31937-BTB  

**MOTION TO DISMISS**

**MOTION TO DISMISS**  
Hearing Date: October 20, 2011  
Hearing Time:  2:00 pm  

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on November 20, 2009.
2. Chapter 13 Plan was confirmed by the Court on 02/11/2010.
3. Balance on hand at the time of filing this motion is $1,143.07.
4. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:

   (c)  For cause,  
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Other:  Failure to turn over a copy of the 2010 tax return and tax refund, if any.

WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

/s/ KATHLEEN A LEAVITT  
_____  
Kathleen A. Leavitt  
CHAPTER 13 BANKRUPTCY  

DATED: 8/11/2011  
TPS